UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

WENDELL SWEET and
STEVEN SWEET,

      Plaintiffs,

v.                                            Case No. 13-CV-0258 KG/RHS

AUDUBON FINANCIAL BUREAU, LLC,
DEBT MANAGEMENT PARTNERS, LLC,
and KYAN JULIUS,

      Defendants.

## ORDER DISMISSING ALL CLAIMS AGAINST
## DEFENDANT DEBT MANAGEMENT PARTNERS, LLC

Having granted Defendant Debt Management Partners' Motion to Dismiss Defendant Debt Management Partners, LLC, for Lack of Personal Jurisdiction (Doc. 12) by a Memorandum Opinion and Order entered contemporaneously with this Order Dismissing All Claims Against Defendant Debt Management Partners, LLC,

IT IS ORDERED that all of Plaintiffs' claims against Defendant Debt Management Partners, LLC, are dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE