IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE LAURA FASHING

Caption:    *Sweet et al v. Audubon Financial Bureau, LLC et al*
            1:13-cv-00258-BRB-WPL

Date & Time:   Monday, December 19, 2016, 9:00 a.m.

Appearances for Plaintiffs:

Rob Treinen  *[signature]*

Appearances for Defendants:

For Daniel Valentine  *[signature]*

Clifford Atkinson  *[signature]*
~~Douglas Baker~~
~~Justin Rodriguez~~
~~David Gutowski~~
Gerald Walsh  *[signature]*

Plaintiff(s) in Attendance:

Wendell Sweet
Steven Sweet

Defendant(s) in Attendance:

Daniel Valentine

Others Attending:

_X_ Case settled. Per order filed concurrently, closing documents due on **January 18, 2017**.

___ Case did not settle.

___ Settlement efforts to be continued on _____ at _____.

_X_ Pecos Courtroom; Time in Court = **4.25 hours**.