IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WENDELL SWEET;
and STEVEN SWEET,

      Plaintiffs,

v.                                                 No. CV-2013-258 BRB//WPL

AUDUBON FINANCIAL BUREAU, LLC;
DOMENICO D'ANGELO; ADAM MARCH;
DANIEL VALENTINE; and MIGUEL GUZMAN,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Joint Motion to Dismiss with Prejudice, and the Court having considered the Motion, and being advised in the premises, finds it to be well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned action is dismissed with prejudice.

                                                            William P. Lynch
                                                            United States Magistrate Judge

APPROVED:

ATKINSON, THAL & BAKER, P.C.

*/s/ Clifford K. Atkinson*
Clifford K. Atkinson
*Counsel for Defendants Adam March and Daniel Valentine*