## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

WENDELL SWEET and
STEVEN SWEET,

       Plaintiffs,

v.                                                                            CV 13-258 BRB/WPL

AUDUBON FINANCIAL BUREAU, LLC;
DOMENICO D'ANGELO; ADAM MARCH;
DANIEL VALENTINE; and MIGUEL GUZMAN,

       Defendants.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the order entered on this date, this cause is dismissed with prejudice.

                                                                   _____
                                                                   WILLIAM P. LYNCH
                                                                   UNITED STATES MAGISTRATE JUDGE